Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD T. BELDEGREEN, Appellant.

Submitted October 4, 1948; decided October 7, 1948.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by adding thereto the following: " A question under the Constitution of the United States was presented and necessarily passed upon. The defendant-appellant contended that his conviction under section 270-a of the Penal Law of the State of New York was violative of the Fourteenth Amendment of the Constitution of the United States. This court held to the contrary." [See 298 N. Y. 601.]

In the Matter of the Estate of FRANK M. GOULD, Deceased. HELEN D. GOULD, Appellant; PAUL J. LONGUA et al., as Executors and Trustees under the Will of FRANK M. GOULD, Deceased, et al., Respondents. (Appeals Nos. 1 and 2.)

In the Matter of the Estate of FRANK M. GOULD, Deceased. HELEN D. GOULD, Appellant; PAUL J. LONGUA et al., as Executors and Trustees under the Will of FRANK M. GOULD, Deceased, et al., Respondents. (Appeal No. 3.)

Submitted October 4, 1948; decided October 7, 1948.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 297 N. Y. 979.]

ISIDORE SILVERMAN, as Receiver of MORRIS LEVY, Respondent, v. MORRIS LEVY et al., Appellants, et al., Defendants.

Submitted October 4, 1948; decided October 7, 1948.